JONATHAN S. POLISH (Illinois Bar No. 6237890)
polishj@sec.gov
ANNE C. MCKINLEY (Illinois Bar No. 6270252)
mckinleya@sec.gov
RICHARD G. STOLTZ (Illinois Bar No. 6287486)
stoltzr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     vs.<br><br>WILLIAM MICHAEL GALLAHAIR,<br><br>          Defendant. | Case No. 4:08-CV-05134 SBA<br><br>ORDER TO DISBURSE FUNDS TO PAY PENALTIES AND INTEREST TO THE INTERNAL REVENUE SERVICE |

**[PROPOSED] ORDER TO DISBURSE FUNDS TO PAY PENALTIES AND INTEREST TO THE INTERNAL REVENUE SERVICE**

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Penalties and Interest to the Internal Revenue Service and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on CRIS account number DCAN408CV005134, under the case name designation "SEC v. William Michael Gallahair, 08-CV-05134 SBA," for the

amount of $20.68 payable to Damasco & Associates LLP, for the payment of the late filing and late payment penalties for the tax year 2009 as provided in the Declaration.

2. The Clerk shall send the check by overnight mail to:

> Damasco & Associates LLP
> 700 Monte Vista Lane
> Half Moon Bay, CA 94019
> Phone: 650-726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: __5/19/11

_____
UNITED STATES DISTRICT JUDGE

SEC v. GALLAHAIR                         -2-
No. 4:08-CV-05134 SBA