
JONATHAN S. POLISH (Illinois Bar No. 6237890)
  polishj@sec.gov
ANNE C. MCKINLEY (Illinois Bar No. 6270252)
  mckinleya@sec.gov
RICHARD G. STOLTZ (Illinois Bar No. 6287486)
  stoltzr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone:  (312) 353-7390
Facsimile:   (312) 353-7398

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     vs.<br><br>WILLIAM MICHAEL GALLAHAIR,<br><br>          Defendant. | Case No. 4:08-CV-05134 SBA<br><br>ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR |

**ORDER TO DISBURSE FUNDS TO PAY
FEES AND EXPENSES OF TAX ADMINISTRATOR**

The Court, having reviewed the  Securities and Exchange Commission's Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on CRIS account number DCAN408CV005134, under the case name designation "SEC v. William Michael Gallahair, 08-CV-05134 SBA," for the amount of $2,097.70 payable to Damasco & Associates LLP, for the payment of the fees and

SEC v. GALLAHAIR                                      -1-
No.  4:08-CV-05134 SBA

expenses of the Tax Administrator as provided in the Declaration. The check shall contain the notation "SEC v. William Michael Gallahair, 08-CV-05134 SBA" and payment identification: Tax Administrator fees for January 26, 2011 through January 24, 2012."

    2. The Clerk shall send the check by overnight mail to:

        Damasco & Associates LLP
        700 Monte Vista Lane
        Half Moon Bay, CA 94019
        Phone: 650-726-4100

    The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: _2/17/12

                                          _____
                                          UNITED STATES DISTRICT JUDGE