1   JONATHAN S. POLISH (Illinois Bar No. 6237890)
    polishj@sec.gov
2   ANNE C. MCKINLEY (Illinois Bar No. 6270252)
    mckinleya@sec.gov
3   RICHARD G. STOLTZ (Illinois Bar No. 6287486)
    stoltzr@sec.gov
4

5   Attorneys for Plaintiff
    SECURITIES AND EXCHANGE COMMISSION
6   175 West Jackson Boulevard, Suite 900
    Chicago, Illinois 60604
7   Telephone:  (312) 353-7390
    Facsimile:   (312) 353-7398

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  vs.<br><br>WILLIAM MICHAEL GALLAHAIR,<br><br>    Defendant. | Case No. 4:08-CV-05134 SBA<br><br>ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR |

**ORDER TO DISBURSE FUNDS TO PAY**
**FEES AND EXPENSES OF TAX ADMINISTRATOR**

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on CRIS account number DCAN408CV005134, under the case name designation "SEC v. William Michael Gallahair, 08-CV-05134 SBA," for the amount of $2,097.70 payable to Damasco & Associates LLP, for the payment of the fees and

expenses of the Tax Administrator as provided in the Declaration. The check shall contain the notation "<u>SEC v. William Michael Gallahair,</u> 08-CV-05134 SBA" and payment identification: Tax Administrator fees for January 26, 2011 through January 24, 2012."

2. The Clerk shall send the check by overnight mail to:

> Damasco & Associates LLP
> 700 Monte Vista Lane
> Half Moon Bay, CA 94019
> Phone: 650-726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: _2/17/12

_____
UNITED STATES DISTRICT JUDGE