1  JONATHAN S. POLISH (Illinois Bar No. 6237890)
     polishj@sec.gov
2  ANNE C. MCKINLEY (Illinois Bar No. 6270252)
     mckinleya@sec.gov
3  RICHARD G. STOLTZ (Illinois Bar No. 6287486)
     stoltzr@sec.gov
4

5  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6  175 West Jackson Boulevard, Suite 900
   Chicago, Illinois 60604
7  Telephone:  (312) 353-7390
   Facsimile:   (312) 353-7398
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

12  U.S. SECURITIES AND EXCHANGE
    COMMISSION,
13                                        Case No. 4:08-CV-05134 SBA
          Plaintiff,
14
       vs.
15
    WILLIAM MICHAEL GALLAHAIR,
16
          Defendant.
17

18      [~~PROPOSED~~] ORDER DIRECTING PAYMENT
     TO THE UNITED STATES TREASURY AND DISCHARGING TAX
19                    ADMINISTRATOR
20
        Upon consideration of plaintiff Securities and Exchange Commission's Motion for Payment to
21
    the United States Treasury and the relief requested therein,
22

23      IT IS HEREBY ORDERED that the Clerk of this Court pay all funds presently being held in
24
    the Court Registry Investment System (the "CRIS") in connection with the above-captioned action to
25
    the Commission account number DCAN408CV005134, under the case name designation "SEC v.
26
    William Michael Gallahair, 08-CV-05134 SBA, together with all interest accrued thereon, minus any
27

28

applicable fees, by check payable to the Securities and Exchange Commission, which shall be

delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this

Court.  The Clerk of Court shall simultaneously transmit photocopies of evidence of payment and

case identifying information to the Commission's counsel of record in this action by regular or

electronic mail.

IT IS FURTHER ORDERED that the Securities and Exchange Commission shall send the

funds to the United States Treasury, together with any funds currently held by the SEC that were paid

or collected pursuant to final judgments entered in this matter, except that it may withhold such

amounts as may reasonably be required to pay the fees of the Tax Administrator and any taxes due.

After payment of such fees, expenses, and taxes, the Office of Financial Management shall then remit

the balance of such funds, if any, to the United States Treasury.

AND IT IS FURTHER ORDERED, that upon the filing of any necessary tax returns, the

payment of any taxes due, and the payment of the fees and expenses of the Tax Administrator, the

Tax Administrator shall be discharged without further order of the Court.

AND IT IS FURTHER ORDERED, that all other provisions of the Final Judgments entered

in this action against the defendants shall remain in full force and effect.

SO ORDERED.

_Saundra B Armstrong_
UNITED STATES DISTRICT JUDGE

Date:   ___6-29_____, 2015

SEC v. GALLAHAIR                                    -2-   MOTION FOR PAYMENT TO THE UNITED STATES
No.  4:08-CV-05134 SBA                                     TREASURY